**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6226**

———————

GABRIEL A. ANTONIO,

Petitioner - Appellant,

versus

JAMES MOORE, Detective; LISA ZANDEL,
Magistrate,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge. (CA-04-33-AM)

———————

Submitted: May 7, 2004            Decided: June 2, 2004

———————

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Gabriel A. Antonio, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gabriel A. Antonio appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.[*]  See Antonio v. Moore, No. CA-04-33-AM (E.D. Va. filed Jan. 20, 2004; entered Jan. 21, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]We note, as did the district court, that Antonio may pursue his grievances under 28 U.S.C. § 2254 (2000) after exhausting his state court remedies.

- 2 -